# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JAMES E. QUINN,

        Petitioner,    :    Case No. 3:19-cv-074

 - vs -        District Judge Thomas M. Rose
                                  Magistrate Judge Michael R. Merz

NORMAN ROBINSON, Warden,
  London Correctional Institution

                                       :

        Respondent.

## ORDER

This case is before the Court on Petitioner's Motion Asking For Time to Reconsider Dismissal (ECF No. 76). The Court has no authority to extend the time to move to alter or amend a judgment under Fed.R.Civ.P. 59(e) beyond twenty-eight days from the date the judgment is entered. In this case that would be March 5, 2021. After that Petitioner would have to file a motion to vacate the judgment under Fed.R.Civ.P. 60.

February 26, 2021.

                                                             s/ *Michael R. Merz*
                                                   United States Magistrate Judge

The Clerk shall mail a copy to the Petitioner.